IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Long, Glenda F

Printed: 9/16/08

Case Number: 08 B 02505
Judge: Hollis, Pamela S
Filed: 3/27/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 4, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chelsea Place North Condominium Assoc | Secured | 0.00 | 0.00 |
| 2. | Bank Of America | Secured | 8,000.00 | 0.00 |
| 3. | Capital One | Secured | 2,340.01 | 0.00 |
| 4. | Bank Of America | Secured | 3,000.00 | 0.00 |
| 5. | Americredit Financial Ser Inc | Secured | 8,500.00 | 0.00 |
| 6. | Cornelius Hanger | Secured | 14,502.30 | 0.00 |
| 7. | Dunstone Financial | Unsecured | 9,010.34 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 4,704.63 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 263.13 | 0.00 |
| 10. | Bank Of America | Unsecured | | No Claim Filed |
| 11. | Comcast | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 14. | US Cellular | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | Us Energy Savings | Unsecured | | No Claim Filed |
| | | | $ 50,320.41 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Long, Glenda F

Printed:  9/16/08

Case Number:  08 B 02505
Judge:  Hollis, Pamela S
Filed:  3/27/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____